**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 16-14018 |
| Gerard and Maureen Cardenas, | ) Chapter 13 |
| | ) Hon. A. Benjamin Goldgar |
| Debtors. | ) |
| | ) Hearing: 2/23/2021 at 1:30 p.m. |

**NOTICE OF MOTION**

TO:    See attached list

PLEASE TAKE NOTICE that on February 23, 2021, at 1:30 p.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the Motion of Debtors Gerard and Maureen Cardenas to Compel Entry of Discharge, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 319 7225 and the password is 584922. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**GERARD CARDENAS AND MAUREEN CARDENAS**

By: /s/ Helena Milman, Debtor's counsel
Helena Milman
O'Keefe, Rivera & Berk LLC
55 W Wacker Drive, Ste 1400
Chicago IL 60601
(312) 758-1121 ext 2
hmilman@orb-legal.com

**CERTIFICATE OF SERVICE**

I, Helena Milman, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list, on February 16, 2021 at 12:30 p.m.

## Service List

<u>Via CM/ECF Electronic Notice</u>

Marilyn O Marshall, Chapter 13 Trustee
224 S Michigan Ave, Ste 800
Chicago IL 60604

Office of The United States Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

<u>Via U.S. Mail</u>

Maureen E Cardenas
Gerard Cardenas
8620 Kendall Lane
Orland Park, IL 60462

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 16-14018 |
| | ) |
| Gerard and Maureen Cardenas, | ) Chapter 13 |
| | ) Hon. A. Benjamin Goldgar |
| Debtors. | ) |
| | ) Hearing: 2/23/2021 at 1:30 p.m. |

### DEBTORS' MOTION TO COMPEL ENTRY OF DISCHARGE

NOW COME the Debtors, Gerard and Maureen Cardenas (the "Debtors"), by and through their attorneys, Helena Milman and Peter L. Berk of O'Keefe, Rivera & Berk, LLC, and for their Motion to Compel Entry of Discharge pursuant to 11 U.S.C. Section 1328, state as follows:

1. On or about April 25, 2016, The Debtors filed this Petition for Relief under Chapter 13 of the United States Bankruptcy Code. Debtors' Chapter 13 Plan is confirmed.

2. Debtors' Plan called for 100% dividend to the unsecured creditors. Total Plan base was $65,040.00.

3. On or about November 6, 2020, Debtors requested and obtained a case payoff statement for Marilyn O. Marshall, Chapter 13 trustee. A copy of the payoff statement is attached hereto as Exhibit A. The payoff amount was $8,891.51.

4. Debtors sent payoff funds to the Trustee. Payment in the amount of $8,322.89 posted on November 16, 2020, and payment in the amount of $568.62 posted November 20, 2020. All of Debtors' creditors have been paid in full. See trustee's case and claim summary, attached hereto as Exhibit B.

5. Debtors have no domestic support obligations.

6. Debtors have taken their post-filing Personal Financial Management Course, with certifications filed with the Court as Docket Nos. 43 and 44.

7. 11 U.S.C. Section 1328 states in pertinent part that "As soon as practicable after completion by the debtor of all payments under the plan, and in the case of a debtor who is required by a judicial or administrative order, or by statute, to pay a domestic support obligation, after such debtor certifies that all amounts payable under such order or such statute that are due on or before the date of the certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid, unless the court approves a written waiver of discharge executed by the debtor after the order for relief under this chapter, the court shall grant the debtor a discharge of all debts provided for by the plan…"

8. As of the date of this Motion, Debtors have been waiting for their discharge for 3 months, which is longer then "as soon as practicable."

9. After achieving a goal which unfortunately eludes many Chapter 13 Debtors, paying off their plan balance, the Debtors deserve to have their discharge and to be able to move on with their lives. The Debtors have plans to relocate and these plans are being hindered by the delay.

10. Prior to filing this Motion, Debtors' counsel repeatedly contacted Trustee's office to ask when the trustee would be filing her Notice of Completion of Plan payments, which generally triggers entry of discharge. Debtors' counsel sent emails on December 21, 2020, December 29, 2020, January 28, 2021, and February 2, 2021. Trustee's office has not responded to any of the emails.

**WHEREFORE**, the Debtors pray that this Court order the Clerk to enter Debtors' discharge order instanter, or in the alternative, to compel the trustee to file her Notice of Completion of Plan payments and ask for such other and further relief in the Debtors' favor as is just and necessary.

.                                    Respectfully submitted,

**GERARD AND MAUREEN CARDENAS**

By: /s/ Helena Milman, Debtor's counsel

Helena Milman
O'Keefe, Rivera & Berk LLC
55 W Wacker Drive, Ste 1400
Chicago IL 60601
(312) 758-1121 ext 2
hmilman@orb-legal.com